IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Ashley, Donna | Case Number: 08 B 08817 |
|---|---|---|
| | | Judge: Hollis, Pamela S |
| | Printed: 8/26/08 | Filed: 4/11/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: July 14, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 3,000.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,805.00 |
| Trustee Fee: |  | 195.00 |
| Other Funds: |  | 0.00 |
| Totals: | 3,000.00 | 3,000.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Kenneth C Swanson | Administrative | 2,964.74 | 2,805.00 |
| 2. | Washington Mutual | Secured | 0.00 | 0.00 |
| 3. | America's Servicing Co | Secured | 0.00 | 0.00 |
| 4. | Illinois Title Loans | Secured | 2,500.00 | 0.00 |
| 5. | 680 Lakeshore Condominium Association | Secured | 14,000.00 | 0.00 |
| 6. | Washington Mutual | Secured | 58,595.80 | 0.00 |
| 7. | America's Servicing Co | Secured | 87,394.78 | 0.00 |
| 8. | Asset Acceptance | Unsecured | 580.42 | 0.00 |
| 9. | RJM Acquisitions LLC | Unsecured | 7.99 | 0.00 |
| 10. | Asset Acceptance | Unsecured | 57.88 | 0.00 |
| 11. | Asset Acceptance | Unsecured | 32.59 | 0.00 |
| 12. | 680 Lakeshore Condominium Association | Unsecured | 33.37 | 0.00 |
| 13. | Illinois Title Loans | Unsecured | 104.62 | 0.00 |
| 14. | RJM Acquisitions LLC | Unsecured | 13.94 | 0.00 |
| 15. | 111 E Chestnut Condominium Association | Secured |  | No Claim Filed |
| 16. | Internal Revenue Service | Priority |  | No Claim Filed |
| 17. | Cook County Treasurer | Priority |  | No Claim Filed |
| 18. | City Of Chicago Dept Of Revenue | Unsecured |  | No Claim Filed |
| 19. | Lakeshore Place Electric | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 166,286.13 | $ 2,805.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 195.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Ashley, Donna | Case Number:  08 B 08817 |
| | Judge:  Hollis, Pamela S |
| Printed:  8/26/08 | Filed:  4/11/08 |

_____
$ 195.00

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

